## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| MARK W. OLVER, | : No. 22 MM 2015 |
| Respondent | : |
| v. | : |
| GEORGE M. SYDLAR, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.